IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal No.: 2:05-cr-00928 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Michael A. Singer, | ) | |
|   a/k/a Mickey Singer | ) | |
| John H. Kang, | ) | |
| John P. Sessions, | ) | |
| Charles L. Hutchinson, | ) | |
|   a/k/a Charlie Hutchinson | ) | **ORDER** |
| David A. Ward, | ) | |
| Frederick B. Karl, Jr., | ) | |
|   a/k/a Rick Karl | ) | |
| Franklyn M. Krieger, | ) | |
|   a/k/a Frank Krieger | ) | |
| Ted W. Dorman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendants' motion to compel identification of Brady material. At the hearing on this matter, the court understood the government to represent that the Brady material it has identified as of the date of the hearing has been included on its exhibit list. From this point forward, the government must identify to defendants any additional Brady material of which it becomes aware. Accordingly, defendants' motion is **GRANTED** in part and **DENIED** in part.

    **AND IT IS SO ORDERED**.

1

                                                **DAVID C. NORTON**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

**August 11, 2009**
**Charleston, South Carolina**