# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal No.: 9:05-cr-00928 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Michael A. Singer, | ) | |
|   a/k/a Mickey Singer | ) | |
| John H. Kang, | ) | |
| John P. Sessions, | ) | |
| Charles L. Hutchinson, | ) | |
|   a/k/a Charlie Hutchinson | ) | **ORDER** |
| David A. Ward, | ) | |
| Frederick B. Karl, Jr., | ) | |
|   a/k/a Rick Karl | ) | |
| Franklyn M. Krieger, | ) | |
|   a/k/a Frank Krieger | ) | |
| Ted W. Dorman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendants' motion to supplement the court's standard written questionnaire with certain, case-specific questions. The court included all questions to which the parties agreed. However, the court did not include all other questions requested by defendants. The court modified several of the proposed questions and declined to include a number of the other questions. The following questions were included on the supplemental questionnaire:

    Questions 5, 14, 16-17, 24, 33-35

The court did not include the following questions:

    Questions 15, 20, 23, 25-26, 28-32, 36-37

Accordingly, defendants' motion is **GRANTED** in part and **DENIED** in part.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**November 25, 2009**
**Charleston, South Carolina**