# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No.: 9:05-cr-00928 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| Michael A. Singer, ) | |
|   a/k/a Mickey Singer ) | |
| John H. Kang, ) | |
| John P. Sessions, ) | **ORDER** |
| David A. Ward, ) | |
| Frederick B. Karl, Jr., ) | |
|   a/k/a Rick Karl ) | |
| Franklyn M. Krieger, ) | |
|   a/k/a Frank Krieger ) | |
| ) | |
| Defendants. ) | |
| _____) | |

'Twas the night before Christmas
And all through the Court
Not a hearing was scheduled
Not a crime, not a tort

The law clerks were editing
And revising their briefs
So their judges could see
As to who needs relief

When up in the courtroom
There arose such a clatter
The CSOs came a runnin'
To see what was the matter

It was counsel from Tampa
And some from DC
Preparing for a trial
Some call WebMD

1



Decisions were pending
Affecting the trial
What about Singer and Kang
And Sessions and Karl

Dryja must stay out
Say Walsh, Cooper and Turk
It's not all that relevant
And besides it'll hurt

No, it must come in
Say Taylor and Klumb
I agree, I agree
Says William F. Jung

My client's a white knight
And a lawyer to boot
To not let it in
Would make our defense moot

We'll show to the jury
He did everything right
No cover up, no white wash
Dryja must come to light

Two choices exist
Let it in, keep it out
Some will rejoice
Others will pout

'Tis the time to decide
Whether Krieger must go
Now Krieger and Jung will say with a smile
Merry Christmas to all and have a good trial!

Accordingly, defendants' motions to sever defendant Krieger are **GRANTED**.

**AND IT IS SO ORDERED**.

 

                                                                    */s/ David C. Norton*

                                                                    **DAVID C. NORTON**
                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

**December 22, 2009**
**Charleston, South Carolina**