IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 2:05-CR-928-DCN |
| vs. | ) | |
| | ) | |
| MICHAEL A. SINGER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on the government's unopposed motion to dismiss, with prejudice, the February 27, 2007 Second Superseding Indictment against defendant. Count One of the indictment charged defendant with conspiracy to commit an offense against the United States, in violation of 18 U.S.C. § 371. Count Two of the indictment charged defendant with conspiracy to engage in money laundering, in violation of 18 U.S.C. § 1956(h); however, the court dismissed this count on August 10, 2009. The Second Superseding Indictment also contained asset forfeiture allegations against defendant, pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. §2461.

On January 11, 2010, the government and defendant entered into a Deferred Prosecution Agreement (DPA) for a term of six months. Defendant agreed to settle all asset forfeiture claims against him for $2.5 million, and the government agreed to dismiss all charges against defendant if he fulfilled the terms of the DPA. On April 16, 2010, the government received a check in the amount of $2.5 million from defendant, and defendant has complied with all terms of the DPA. Accordingly, the court **GRANTS** the government's motion.

1

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**July 26, 2010
Charleston, South Carolina**